# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JAMIE COPE,                              )
                                         )
        Plaintiff             )
                                         )
    v.                           )   **Case No.: 5:14-cv-00461-R**
                                         )
SOUTHWEST RECOVERY                       )
SERVICES, INC. A/K/A RCS                 )
CREDIT SOLUTIONS,                        )
                                         )
        Defendant             )

## ORDER

AND NOW, this _____day of _____, 2014, upon consideration of Plaintiff's Motion for Relief from LCvR83.3 Requirement for Association of Local Counsel, and any response thereto,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

_____
                  J.